1
2
3
4
5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

6
7

UNITED STATES OF AMERICA,

8

              Plaintiff,

9

   v.

10

JOSE CONTRERAS-SOLIS,

11

              Defendant.

12
13

Case No. CR21-61 JLR

DETENTION ORDER

14

Offenses charged:

15

    Count 1: Illegal Reentry After Deportation, 8 U.S.C. § 1326(a)

16

Date of Detention Hearing: April 13, 2021, the Court held a hearing via Zoomgov

17

videoconference, with the consent of Mr. Contreras-Solis due to the exigent circumstances as

18

outlined in General Order 18-20.

19

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

20

based upon the reasons for detention hereafter set forth, finds:

21

   FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

22

   1.     Mr. Contreras-Solis has ties to a foreign country and is therefore a risk of flight.

23

   2.     Mr. Contreras-Solis has a criminal history that includes forgery and identity theft.

DETENTION ORDER - 1

3.      Upon advice of counsel, Mr. Contreras-Solis declined to be interviewed by

Pretrial Services. Therefore, there is limited information available about him.

4.      Mr. Contreras-Solis stipulated to detention.

5.      Mr. Contreras-Solis poses a risk of nonappearance due to the above information.

Based on these findings, and for the reasons stated on the record, there does not

appear to be any condition or combination of conditions that will reasonably

assure the Mr. Contreras-Solis' appearance at future court hearings while

addressing the danger to other persons or the community.

IT IS THEREFORE ORDERED:

(1)     Mr. Contreras-Solis shall be detained pending trial, and committed to the custody

of the Attorney General for confinement in a correction facility separate, to the

extent practicable, from persons awaiting or serving sentences or being held in

custody pending appeal;

(2)     Mr. Contreras-Solis shall be afforded reasonable opportunity for private

consultation with counsel;

(3)     On order of a court of the United States or on request of an attorney for the

government, the person in charge of the corrections facility in which Mr.

Contreras-Solis is confined shall deliver Mr. Contreras-Solis to a United States

Marshal for the purpose of an appearance in connection with a court proceeding;

and

(4)     The Clerk shall direct copies of this Order to counsel for the United States, to

counsel for Mr. Contreras-Solis, to the United States Marshal, and to the United

States Pretrial Services Officer.

DETENTION ORDER - 2

1      DATED this 13th day of April, 2021.

2

3                                                     _____
                                                      MICHELLE L. PETERSON
4                                                     United States Magistrate Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

DETENTION ORDER - 3